UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HILL, et al, <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS A. LUND, et al., <br><br> Defendants. | No. 2:16-cv-01220-TLN-CKD <br><br><br> **ORDER** |

Each of the parties in the above-captioned case has consented to allow the assigned magistrate judge to preside over the jury trial in this case pursuant to the parties Joint Rule 26(f) Status Report (ECF No. [29]) filed June 28, 2016. See 28 U.S.C. § 636(c). Consents were also filed within the Northern District of California prior to transfer to the Eastern District. According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the

///

1

magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Carolyn K. Delaney, Magistrate Judge. The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:16-cv-01220-CKD.  All currently scheduled dates presently set before Judge Nunley are hereby VACATED.

Dated: 9/1/2016

Troy L. Nunley
United States District Judge

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.
Dated:  September 1, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2