UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HILL and QUIANTE HADNOT,<br><br>　　Plaintiffs<br><br>v.<br><br>CHRIS A. LUND; OLD DOMINION FREIGHT LINE, INC.; and DOES 1 through 100, inclusive<br><br>　　Defendants. | Case No. 16-cv-01220 CKD<br><br>ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

After reading and considering Defendants' Motion for Summary Judgment and Plaintiffs' Statement of Non-Opposition thereto, IT IS HEREBY ORDERED that Plaintiffs' prayer for punitive damages is stricken from the Complaint and Plaintiffs are hereby barred from seeking to recover punitive damages at trial.

IT IS FURTHER ORDERED the February 22, 2017 Hearing set for Defendants' Motion is vacated given Plaintiffs' Statement of Non-Opposition has rendered it moot.

**IT IS SO ORDERED.**

Dated: February 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE