Jeffrey F. Oneal, Esq./SBN 129072
Sanela Causevic, Esq/SBN 277713
LaMORE, BRAZIER, & ONEAL
1570 The Alameda, Suite 312
San Jose, California 95126-2305
Telephone:  408-484-6500
Facsimile:   408-645-5104
Email:  joneal@lbolaw.com
            scausevic@lbolaw.com
Attorneys for Defendants
OLD DOMINION FREIGHT LINE, INC. and
CHRIS A. LUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HILL and QUIANTE HADNOT,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRIS A. LUND;<br>OLD DOMINION FREIGHT LINE, INC.; and<br>DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. 2:16-cv-01220 CKD**<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

WHEREAS, Plaintiffs JOSEPH HILL and QUIANTE HADNOT filed their Complaint for Damages for Survival and Wrongful Death in Alameda County on March 11, 2016;

WHEREAS, Defendants CHRIS LUND and OLD DOMINION FREIGHT LINE, INC. removed said action to the U.S. District Court for the Northern District of California and thereafter transferred said action to the U.S. District Court for the Eastern District of California, under the instant Action No. 2:16-cv-01220-CKD;

WHEREAS, Plaintiff JOSEPH HILL is the biological father of decedent Keymonei Hadnot and was dismissed from this action for a waiver of costs on May 5, 2017;

WHEREAS, Plaintiff QUIANTE HADNOT and Defendants CHRIS LUND and OLD DOMINION FREIGHT LINE, INC. settled this matter on or about May 20, 2017;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff QUIANTE HADNOT and Defendants CHRIS LUND and OLD DOMINION FREIGHT LINE, INC. through their designated counsels of record that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A). The parties further stipulate that, except as set forth in the August 8, 2017 Release, each party shall bear its own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: August 20, 2017      LAW OFFICES OF JOHN L. BURRIS

By:    /s/ Adante Pointer
Adante Pointer
Attorneys for Plaintiff
QUIANTE HADNOT

Dated: August 24, 2017      LaMORE, BRAZIER & ONEAL

By:    /s/ Jeffrey F. Oneal
Jeffrey F. Oneal
Sanela Causevic
Attorneys for Defendants
CHRIS A. LUND and
OLD DOMINION FREIGHT LINE, INC.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A);

2. Each party shall bear its own costs and attorney's fees; and

3. The Court shall retain jurisdiction over this matter to enforce the terms of the August 8, 2017 Release.

IT IS SO ORDERED.

Dated: August 29, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE